Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Oscar MAYS |
| **Docket Number:** | 2:04CR00070-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 02/15/2005 |
| **Original Offense:** | 18 USC 924(c)(1) - Possession of a Firearm in the Furtherance of a Drug Trafficking Felony<br>(CLASS A FELONY) |
| **Original Sentence:** | 60 months custody Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment |
| **Special Conditions:** | Warrantless search; Financial disclosure; Drug/alcohol treatment program/testing; Co-payment for treatment/testing; Abstain from alcohol and alcohol restrictions |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/10/2009 |
| **Assistant U.S. Attorney:** | Richard J. Bender       **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Mary French       **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

**RE:**   Oscar MAYS
     Docket Number:  2:04CR00070-01
     <u>PETITION TO MODIFY THE CONDITIONS OR TERM
     OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

   8.   The defendant shall participate in 200 hours of community service as determined by the probation officer.

**Justification:**  Mr. Mays began his supervised release on April 10, 2009.  In November 2009, while conducting a review of the offender's CLETS printout (rap sheet) during a case review, it was discovered that the offender had a new DUI conviction which he had not reported to the probation officer.  Mr. Mays was arrested for Driving Under the Influence on April 10, 2009.  He was convicted of a misdemeanor on May 20, 2009, and placed on 3 years Court Probation.

Mr. Mays has been attending Delta College full-time since September 2009.  He is also a part-time in-home care provider and earns approximately $400/month.  Mr. Mays has participated in the testing program through New Directions since May 2009, and has had no issues with testing.  He participated in counseling twice per month for his first six months on supervision.  Mr. Mays does not feel that alcohol is a problem for him.  He has been diligent about contacting this officer with any issues on supervision, and has been in compliance with all of his terms and conditions.  He was very apologetic about not disclosing the DUI conviction, and has acknowledged not only the serious nature of the New Law Violation, but his poor decision in not being forthcoming with this officer regarding the incident.  Any further issues regarding alcohol occurring while on supervision will result in additional sanctions and re-enrollment in drug/alcohol abuse counseling.

RE: Oscar MAYS
Docket Number: 2:04CR00070-01
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**
Telephone: (916) 683-4375

DATED: March 11, 2010
Elk Grove, California
WER/cj

REVIEWED BY: /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

---

THE COURT ORDERS:

(XX) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

Dated: March 16, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**RE:**   **Oscar MAYS**
      **Docket Number:  2:04CR00070-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc:   United States Probation
   Richard J. Bender, Assistant United States Attorney
   Mary French, Assistant Federal Defender
   Defendant
   Court File