UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

---

## I N T E R O F F I C E   M E M O R A N D U M

---

**TO:** Stephanie Deutsch, Courtroom Deputy
of the Honorable Morrison C. England, Jr.

**FROM:** Wendy E. Reyes
United States Probation Officer

**DATE:** May 6, 2011

**SUBJECT:** Oscar MAYS
Docket Number:  2:04CR00070-01
<u>REQUEST FOR CONTINUANCE</u>

---

This is to advise that we are requesting this matter be continued on Your Honor's calendar from May 12, 2011, at 9:00 a.m., to June 9, 2011, at 9:00 a.m., for sentencing on a violation of his supervised release.  All parties are in agreement to the continuance.

**Reviewed by:**   /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

WER/cj

cc:   Probation Office
Richard J. Bender, Assistant United States Attorney
Timothy Zindel, Defense Counsel

**_XX_ Approved**

 Dated: May 10, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE